NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SERGIO V. BENCOMO,                    )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D16-5122
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
                                      )
_____   )

Opinion filed April 27, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Chet A. Tharpe, Judge.

Patrick B. Calcutt of Calcutt & Calcutt P.A.,
Americus, Georgia, and Dana A.
Friedlander, Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-Bohnenstiehl,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


KELLY, SLEET, and BADALAMENTI, JJ., Concur.